ZINKE, Respondent, vs. BAUMAN and another, Appellants.

For the appellants: *Vilas H. Whaley* of Racine.

For the respondent: *Nelson H. Johnson,* attorney, and *Gittings, Janecky & Buelow* of counsel, all of Racine.

*By the Court.*—Judgment affirmed.

SCHULTZ, Respondent, vs. SCHULTZ and another, Appellants.

For the appellants: *Chester D. Richardson* of Kenosha.

For the respondent: *Vaudreuil & Vaudreuil* of Kenosha.

*By the Court.*—Judgment affirmed.

JONES, Appellant, vs. COUTURE and another, Respondents.

For the appellant: *Lehner & Lehner* of Princeton.

For the respondents: *Dougherty, Arnold & Kivett* of Milwaukee.

*By the Court.*—Judgment affirmed.